UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>HAROLDO WALDEMAR LORENZANA- )<br>TERRAZA, )<br>also known as "Haroldito," "Chukito," )<br>"Justino," "Salvador Ferragamo," and )<br>"Stefano," )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 17-CR-120 (CKK)<br><br>UNDER SEAL |

## GOVERNMENT'S MOTION TO QUASH ARREST WARRANT

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order to quash the arrest warrant for defendant Haroldo Waldemar Lorenzana-Terraza, also known as "Haroldito," "Chukito," "Justino," "Salvador Ferragamo," and "Stefano." In support thereof the Government states the following:

1. Pursuant to the return of an Indictment, an original arrest warrant was issued for the defendant on or about June 21, 2017.

2. Pursuant to the return of a Superseding Indictment, which was filed under seal, a superseding arrest warrant was issued on June 20, 2023.

3. The defendant will be arrested and processed on the Superseding Indictment.

4. Accordingly, the Government respectfully moves this Court to quash the original arrest warrant.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Motion to Quash the Original Arrest Warrant be granted.

Respectfully submitted,

Marlon Cobar, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____/s/ Imani D. Hutty_____
Imani D. Hutty
Douglas Meisel
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 305-9283
Email: Imani.Hutty@usdoj.gov