**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**HAROLDO WALDEMAR LORENZANA-TERRAZA, et al.**<br><br>**Defendants.** | **CRIMINAL NO. 17-CR-120 (CKK)** |

**NOTICE OF WITHDRAWAL**

The United States of America, by and through the Chief of the Money Laundering, Narcotics and Forfeiture Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Ligia Markman, can be terminated as counsel of record for the Government in the instant matter.

Respectfully Submitted,

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

By: *__/s/Douglas Meisel__*
Douglas Meisel
Trial Attorney
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20530
Tel.: (202) 598-2281
Email: Douglas.Meisel@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 17th day of February 2026.

*/s/ Douglas Meisel*
Douglas Meisel
Trial Attorney
Criminal Division
U.S. Department of Justice